UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

JEFFREY CHUDZIK,

    Plaintiff,

v.                                  Case No.3:11-cv-86-J-12MCR

CITY OF PALM COAST,

    Defendant.

## ORDER

This cause is before the Court on the Report and Recommendation (Doc. 30) of the United States Magistrate Judge, filed August 2, 2011, recommending that this case be dismissed without prejudice for lack of prosecution pursuant to M.D. Fla. R. 3.10. On August 31, 2011, Defendant filed a motion to dismiss (Doc. 32), based upon the Report and Recommendation (Doc. 30). As of the date of this Order, Plaintiff has not filed an objection to the Report and Recommendation or a response to the motion to dismiss. Upon review of the matter, it is

**ORDERED AND ADJUDGED:**

1.    That the Court hereby adopts the Report and Recommendation of the United States Magistrate Judge (Doc. 30); and

2.    That this case is hereby dismissed without prejudice.

**DONE AND ORDERED** this __21st__ day of September 2011.

_Howell W. Melton_
SENIOR UNITED STATES DISTRICT JUDGE

c:  Hon. Monte C. Richarson,
United States Magistrate Judge
Counsel of Record